Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
DAVETTA GRAYSON

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVETTA GRAYSON | Case No.: 2:10-cv-03491-JAM-EFB |
| Plaintiff, | |
| vs. | |
| NCO FINANCIAL SYSTEM, INC. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DAVETTA GRAYSON, against Defendant, NCO FINANCIAL SYSTEM, INC., in the above-captioned proceeding are hereby dismissed, with prejudice.

DATED: May 23, 2011    KROHN & MOSS, LTD.
　　　　　　　　　　　　　By: /s/Nicholas J. Bontrager
　　　　　　　　　　　　　Nicholas J. Bontrager
　　　　　　　　　　　　　Attorney for Plaintiff

DATED: May 23, 2011    SESSIONS, FISHERMAN, NATHAN & ISREAL LLP
　　　　　　　　　　　　　By: /s/ Sondra Levine
　　　　　　　　　　　　　Sondra Levine,
　　　　　　　　　　　　　Attorney for Defendant