**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVETTA GRAYSON | Case No.: 2:10-cv-03491-JAM-EFB |
| Plaintiff, | |
| vs. | |
| NCO FINANCIAL SYSTEM, INC. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 5/23/2011

/s/ John A. Mendez
The Honorable Judge

United States District Judge

---

[Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com